```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 10938
   JOE H JACKSON
   NETTIE L JACKSON                              CHAPTER 13

                                                 JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-8803      SSN XXX-XX-0363

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 09/01/2006 and was confirmed 12/07/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 09/18/2008.
--------------------------------------------------------------------------
 CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                               PAID           PAID
--------------------------------------------------------------------------
 WELLS FARGO AUTO FINANCE  SECURED NOT I           .00            .00            .00
 WELLS FARGO AUTO FINANCE  SECURED VEHIC      10425.00        1127.93        2090.22
 WELLS FARGO AUTO FINANCE  UNSEC W/INTER      12309.87        1106.11        1726.78
 MONTEREY FINANCIAL        SECURED              774.00          62.66         595.28
 MONTEREY FINANCIAL        UNSEC W/INTER         86.20           8.84           6.73
 COOK COUNTY TREASURER     SECURED NOT I           .00            .00            .00
 KOOYER MD  VANDENBURG MD  UNSEC W/INTER        213.10          12.27          21.33
 PULMONARY CRITRCAL CARE   UNSEC W/INTER NOT FILED              .00            .00
 CITY OF CHICAGO PARKING   UNSEC W/INTER        240.00          20.32          33.47
 CITY OF CHICAGO WATER DE  SECURED              665.00            .00         305.20
 COMMONWEALTH EDISON       UNSEC W/INTER NOT FILED              .00            .00
 WOW INTERNET & CABLE SER  UNSEC W/INTER NOT FILED              .00            .00
 DEPT OF VETERANS AFFAIRS  UNSEC W/INTER NOT FILED              .00            .00
 CARDIOLOGY DIAGNOSTIC SE  UNSEC W/INTER NOT FILED              .00            .00
 AXSYS NATIONAL BANK       UNSEC W/INTER        300.00          18.63          36.03
 MID AMERICA               UNSEC W/INTER NOT FILED              .00            .00
 EVERGREEN EMERGENCY SERV  UNSEC W/INTER NOT FILED              .00            .00
 INGALLS MEMORIAL HOSPITA  UNSEC W/INTER NOT FILED              .00            .00
 Z TEL COMMUNICATION INC   UNSEC W/INTER NOT FILED              .00            .00
 PEOPLES GAS LIGHT & COKE  UNSEC W/INTER NOT FILED              .00            .00
 NEUROLOGY ASSOCIATES LTD  UNSEC W/INTER NOT FILED              .00            .00
 UNITED CONSUMER FINANCIA  UNSEC W/INTER        336.55          23.34          75.73
 WELLS FARGO FINANCIAL IL  UNSEC W/INTER       4022.52         361.44         564.26
 CAPITAL ONE               UNSEC W/INTER       1838.12         153.91         257.85
 CITY OF CHICAGO WATER DE  UNSEC W/INTER NOT FILED              .00            .00
 ILLINOIS TITLE LOANS      SECURED NOT I        477.51            .00            .00
 UNITED CONSUMER FINANCIA  SECURED NOT I        480.00            .00            .00
 CITY OF CHICAGO WATER DE  SECURED NOT I        685.38            .00            .00
 WELLS FARGO AUTO FINANCE  NOTICE ONLY   NOT FILED              .00            .00
 ROBERT J SEMRAD & ASSOC   DEBTOR ATTY         1,954.00                     1,954.00
 TOM VAUGHN                TRUSTEE                                            732.81
 DEBTOR REFUND             REFUND                                               4.86

                      PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 06 B 10938 JOE H JACKSON & NETTIE L JACKSON
```

```
       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                 11,300.00

PRIORITY                                             .00
SECURED                                         2,990.70
    INTEREST                                    1,190.59
UNSECURED                                       2,722.18
    INTEREST                                    1,704.86
ADMINISTRATIVE                                  1,954.00
TRUSTEE COMPENSATION                              732.81
DEBTOR REFUND                                       4.86
                        ---------------    ---------------
TOTALS                  11,300.00              11,300.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
   Dated: 12/22/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```